**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SETH ADAM P.,

                Plaintiff,

   -against-                                     24 **CIVIL 2684 (GRJ)**

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 27, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 25) is DENIED; the Commissioner is GRANTED judgment on the pleadings; and this case is DISMISSED. Accordingly, the case is closed.

**Dated:** New York, New York

       March 27, 2025

                                                     **TAMMI M HELLWIG**
                                                   **Clerk of Court**

                          **BY:**
                                                   _____
                                                         **Deputy Clerk**